# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newbern, Alistair E. | U.S. District Court, Middle District of Tennessee | 05/07/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Chambers of Magistrate Judge Alistair Newbern
U.S. Courthouse, Suite 770
801 Broadway
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member | Harry Phillips American Inn of Court |
| 2. | Fellow | Tennessee Bar Foundation |
| 3. | Fellow | Nashville Bar Foundation |
| 4. | Board Member | W.O. Smith Music School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**✔** NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newbern, Alistair E. | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newbern, Alistair E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (cash) (X) | | None | J | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. First Eagle Global Fd Cl A (SGENX) | A | Dividend | K | T | | | | | |
| 4. ISHARES CORE S&P 500 ETF (IVV) | A | Dividend | K | T | | | | | |
| 5. IRA #2 (H) | | | | | | | | | |
| 6. IShares Russell 1000 Growth (IWF) (Y) | | | | | Buy | 08/22/18 | J | | |
| 7. IShares Russell 1000 Value (IWD) | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 8. Vanguard Intermed Term Corp Bd (VCIT) | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 9. TRACTOR SUPPLY CO (TSCO) | A | Dividend | | | Sold | 08/22/18 | J | C | |
| 10. Brokerage Account #1 (H) | | | | | | | | | |
| 11. ML Bank Deposit Program (cash) | A | Interest | K | T | | | | | |
| 12. ISA People's United (cash) | A | Interest | J | T | | | | | |
| 13. Verizon Communications Com (VZ) | A | Dividend | | | Sold | 07/23/18 | J | | |
| 14. Vodafone Group Plc Shs Adr (VOD) | A | Dividend | J | T | | | | | |
| 15. American Beacon The London Co Inc Eq Fd Cl A (ABCAX) | B | Dividend | K | T | | | | | |
| 16. First Eagle Global Fd Cl A (SGENX) | B | Dividend | K | T | | | | | |
| 17. Mainstay Income Builder Fund Class A (MTRAX) | A | Dividend | | | Sold | 08/22/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newbern, Alistair E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Brokerage Account #2 (H) | | | | | | | | | |
| 19.   IShares Core US Agg Bd (AGG) | A | Dividend | | | Buy | 11/15/18 | J | | |
| 20. | | | | | Sold | 12/17/18 | J | A | |
| 21.   IShares Core S&P Total US Stock Mkt (ITOT) | A | Dividend | | | Buy | 11/15/18 | J | | |
| 22. | | | | | Sold | 12/17/18 | J | | |
| 23.   IShares MSCI ACWI Ex US (ACWX) | | None | | | Buy | 11/15/18 | J | | |
| 24. | | | | | Sold | 12/17/18 | J | | |
| 25.   Consumer Discretionary SPDR (XLY) | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 26. | | | | | Sold | 11/15/18 | J | | |
| 27. | | | | | Buy | 12/17/18 | J | | |
| 28.   Health Care SPDR (XLV) | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 29. | | | | | Sold | 11/15/18 | J | | |
| 30. | | | | | Buy | 12/17/18 | J | | |
| 31.   IShares Inc Core MSCI Emerg Mkts (IEMG) | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 32. | | | | | Sold | 11/15/18 | J | | |
| 33. | | | | | Buy | 12/17/18 | J | | |
| 34.   IShares Tr Core MSCI EAF (IEFA) | A | Dividend | J | T | Buy | 08/22/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newbern, Alistair E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 11/15/18 | J | | |
| 36. | | | | | Buy | 12/17/18 | J | | |
| 37. SPDR US Financial Sector (XLF) | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 38. | | | | | Sold | 11/15/18 | J | | |
| 39. | | | | | Buy | 12/17/18 | J | | |
| 40. Vanguard Consumer Staples (VDC) | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 41. Vanguard Information Tech (VGT) | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 42. | | | | | Sold | 11/15/18 | J | | |
| 43. | | | | | Buy | 12/17/18 | J | | |
| 44. Vanguard Industrial (VIS) | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 45. | | | | | Sold | 11/15/18 | J | | |
| 46. | | | | | Buy | 12/17/18 | J | | |
| 47. Vanderbilt University 403(b) (H) | | None | | | | | | | |
| 48. Hrdg Lvnr Intl Eq Is (HLMIX) | A | Dividend | J | T | | | | | |
| 49. Jackson Square Smid Cpgr IS (DCGTX) (X) | B | Dividend | J | T | | | | | |
| 50. Dlwr Smid Cap Gr Is (DFDIX) (Y) | | | | | | | | | |
| 51. Vanguard Inst Index (VINIX) | | None | | | Sold | 03/29/18 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Inst Index Plus (VIIIX) | A | Dividend | K | T | Buy | 03/29/18 | K | | |
| 53. Vang Div Growth Inv (VDIGX) | C | Dividend | K | T | | | | | |
| 54. Loomis Core Pl Bd Y (NERYX) | A | Dividend | K | T | | | | | |
| 55. Retirement Account #1 (H) | | | | | | | | | |
| 56. Af Europac Grth R4 (REREX) | A | Dividend | J | T | | | | | |
| 57. MM Sel Midcap Gr 1 (MEFZX) | A | Dividend | J | T | | | | | |
| 58. Vang Ftse Soc Idx Is (VFTSX) | A | Dividend | J | T | | | | | |
| 59. Metwest Tot Rtn Bd P (MWTRX) | A | Dividend | J | T | | | | | |
| 60. Vang Inst Tr 2040 (VIRSX) | A | Dividend | | | Sold | 05/07/18 | K | C | |
| 61. Vanguard Target 2040 (VFORX) | A | Dividend | K | T | Buy | 05/07/18 | K | | |
| 62. TIAA-CREF Vanderbilt University Defined Contribution Plan (H) | | | | | | | | | |
| 63. TIAA Traditional | C | Interest | L | T | | | | | |
| 64. TIAA-CREF UNC 401(A) ORP - UNC-CH (H) | | | | | | | | | |
| 65. TIAA Traditional | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 4: Updated ticker symbol.

Part VII, line 6: Following a reportable transaction, this item became unreportable without a corresponding reportable transaction.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Alistair E. Newbern**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544